**FILED**

DEC 0 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS M. COOLEY LAW SCHOOL,<br><br>*Plaintiff,*<br><br>v.<br><br>COUNCIL OF THE SECTION OF LEGAL EDUCATION AND ADMISSIONS TO THE BAR OF THE AMERICAN BAR ASSOCIATION,<br><br>and<br><br>THE AMERICAN BAR ASSOCIATION,<br><br>*Defendants.* | CASE NUMBER 1:05CV02317<br><br>JUDGE: Richard J. Leon<br><br>DECK TYPE: General Civil<br><br>DATE STAMP: 12/02/2005 |

CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES
OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA:

I, the undersigned, counsel of record for Thomas M. Cooley Law School (Cooley), certify that to the best of my knowledge and belief, Cooley has no parent companies, subsidiaries or affiliates that have any outstanding securities in the hands of the public. This representations is made so that the judges of this court may determine the need for recusal.

Alex Blanton, D.C. Bar No. 169623
BLANK ROME, LLP
  600 New Hampshire Ave., NW
  Washington, D.C. 20037
  202-772-5909
  Fax: 202-572-8357
  Email: Blanton@BlankRome.com

*Attorney of Record for Thomas M. Cooley Law School*