UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS M. COOLEY LAW SCHOOL, )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>COUNCIL OF THE SECTION OF LEGAL )<br>EDUCATION AND ADMISSIONS TO THE BAR )<br>OF THE AMERICAN BAR ASSOCIATION, )<br>)<br>and )<br>)<br>THE AMERICAN BAR ASSOCIATION, )<br>)<br>*Defendants.* )<br>) | Civil Action No. 05cv2317 (RJL) |

DECLARATION IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

John Nussbaumer declares as follows:

1. I was the Associate Dean of Faculty of plaintiff Thomas M. Cooley Law School until April 30, 2003 and since then have served as the Associate Dean at Rochester/Oakland University.

2. I am authorized by Thomas M. Cooley Law School to make this declaration in support of Cooley's Motion for Preliminary Injunction.

3. I have read the foregoing Motion for Preliminary Injunction and Memorandum in Support thereof and verify that the facts set forth therein are true and correct to the best of my knowledge, information and belief, and if sworn as a witness, I can testify competently as to those facts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Rochester Hill, Michigan on December 8, 2005.

/s/ JOHN NUSSBAUMER
John Nussbaumer

**Error! Unknown document property name.**