UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS M. COOLEY LAW SCHOOL, )<br>)<br>   *Plaintiff*, )<br>)<br>   *v.* )<br>)<br>COUNCIL OF THE SECTION OF LEGAL )<br>EDUCATION AND ADMISSIONS TO THE BAR )<br>OF THE AMERICAN BAR ASSOCIATION, )<br>)<br>   and )<br>)<br>THE AMERICAN BAR ASSOCIATION, )<br>)<br>   *Defendants.* )<br>) | Civil Action No. 05-2317 (RJL) |

ORDER

The Court, having considered plaintiff Thomas M. Cooley Law School's Motion for Preliminary Injunction, the memorandum, arguments and other material in support thereof and the memorandum, arguments and other material in opposition thereto, finds that:

   1.   Cooley is likely to prevail on the merits of its claims;

   2.   Cooley will suffer irreparable harm if the requested injunction does not issue;

   3.   The requested injunction will not inflict substantial harm upon defendants; and

   4.   The requested injunction will further the public interest.

The Court therefore ORDERS defendant Council of the Section on Legal Education and Admissions to the Bar of the American Bar Association, during the pendency of this lawsuit, to

process the branch-campus applications that Cooley submitted to the Council on June 22, 2005 by taking whatever actions the Council deems necessary, consistent with Cooley's status as a fully approved law school that is in compliance with all current ABA Standards and Interpretations, for the Council to be in a position to make a reasoned, fully informed decision on the merits of those applications at its February 2006 meeting.

                                                                           _____
                                                                           Richard J. Leon
                                                                           United States District Judge