### CERTIFICATE OF SERVICE

I certify that on December 9, 2005, I served the accompanying Motion for Preliminary Injunction, Memorandum in Support thereof, and Proposed Order upon the defendants by causing copies to be hand delivered to:

>Council of the Section of Legal
>Education and Admissions to the Bar
>of the American Bar Association
>21st Floor
>321 North Clark Street
>Chicago, IL 60610-4714
>
>The American Bar Association
>321 North Clark Street
>Chicago, IL 60610-4714

/s/ ALEX BLANTON
Alex Blanton