AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Thomas M. Cooley Law School

        Plaintiff(s)   )   **APPEARANCE**

        vs.   )   CASE NUMBER   05cv2317 (RJL)

Council of the Section of Legal Education and Admission to the Bar of the American Bar Association and the American Bar Association

        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of  Kevin M. Henry  as counsel in this
                                  (Attorney's Name)

case for:  Council of the Section of Legal Education and Admission to the Bar of the American Bar Association and the American Bar Association
                            (Name of party or parties)

12/14/05
Date

*[signature: Kevin Henry]*
Signature

472167
BAR IDENTIFICATION

Kevin M. Henry
Print Name

Sidley Austin Brown & Wood LLP, 1501 K Street
Address

Washington, DC  20005
City    State    Zip Code

202-736-8385
Phone Number