IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS M. COOLEY LAW SCHOOL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COUNCIL OF THE SECTION OF LEGAL )<br>EDUCATION AND ADMISSIONS TO )<br>THE BAR OF THE AMERICAN BAR )<br>ASSOCIATION, )<br>)<br>and )<br>)<br>THE AMERICAN BAR ASSOCIATION, )<br>)<br>Defendants. )<br>) | Civil Action No. 05cv2317 (RJL) |

## CONSENT MOTION FOR ADMISSION *PRO HAC VICE*

Kevin M. Henry, a member in good standing of the bar of this Court, hereby moves this Court, pursuant to Local Rule 83.2(d), for an order admitting David T. Pritikin *pro hac vice* for all purposes as counsel for the defendants, Council of the Section of Legal Education and Admissions to the Bar of the American Bar Association, and the American Bar Association. As required by Local Rule 83.2(d), this motion is accompanied by a declaration by Mr. Pritikin. Pursuant to Local Rule 7(m), plaintiff's counsel has been consulted and does not oppose the motion.

**WHEREFORE**, for the foregoing reasons, the Court is respectfully requested to enter an order permitting David T. Pritikin to appear *pro hac vice* as counsel for the defendants, Council of the Section of Legal Education and Admissions to the Bar of the American Bar Association, and the American Bar Association.

2

        Respectfully submitted,

        /s/ Kevin M. Henry
        Kevin M. Henry, D.C. Bar No. 472167
        SIDLEY AUSTIN BROWN & WOOD LLP
        1501 K Street, N.W.
        Washington, D.C. 20005
        (202) 736-8000
        (202) 736-8711 (fax)

*Attorney for Defendants Council of the Section of Legal Education and Admissions to the Bar of the American Bar Association, and the American Bar Association*

DATED:  DECEMBER 19, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS M. COOLEY LAW SCHOOL ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COUNCIL OF THE SECTION OF LEGAL ) <br> EDUCATION AND ADMISSIONS TO ) <br> THE BAR OF THE AMERICAN BAR ) <br> ASSOCIATION, ) <br> ) <br> and ) <br> ) <br> THE AMERICAN BAR ASSOCIATION, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 05cv2317 (RJL) |

## DECLARATION OF DAVID T. PRITIKIN

David T. Pritikin submits this declaration in conjunction with the foregoing Consent Motion for Admission *Pro Hac Vice* and pursuant to Local Rule 83.2(d).

1. My name is David T. Pritikin.

2. I am a partner in the Chicago, IL office of Sidley Austin Brown & Wood LLP, One S. Dearborn Street, Chicago, IL, 60603. My phone number is (312) 853-7359.

3. I am a member in good standing of the bar of the State of Illinois. I have been admitted to practice before the Supreme Court of the United States of America, the United States Court of Appeals for the Federal Circuit, the United States Court of Appeals for the Second Circuit, the United States

Court of Appeals for the Third Circuit, the United States Court of Appeals for the Fourth Circuit, the United States Court of Appeals for the Fifth Circuit, the United States Court of Appeals for the Sixth Circuit, the United States Court of Appeals for the Seventh Circuit, the United States Court of Appeals for the Ninth Circuit, the United States Court of Appeals for the Eleventh Circuit, and the United States District Court for the Northern District of Illinois (General Bar and Trial Bar).

4. I have never been disciplined by any bar.

5. I have neither applied nor been admitted *pro hac vice* to this Court in the past two years.

6. I do not maintain an office for the practice of law in the District of Columbia. I have not engaged in the unauthorized practice of law in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 19th day of December, 2005.

/s/ David T. Pritikin  
David T. Pritikin  
SIDLEY AUSTIN BROWN & WOOD LLP  
One S. Dearborn Street  
Chicago, IL 60603  
(312) 853-7359  
(312) 853-7036 (fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS M. COOLEY LAW SCHOOL )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COUNCIL OF THE SECTION OF LEGAL )<br>EDUCATION AND ADMISSIONS TO )<br>THE BAR OF THE AMERICAN BAR )<br>ASSOCIATION, )<br>)<br>and )<br>)<br>THE AMERICAN BAR ASSOCIATION, )<br>)<br>Defendants. )<br>) | Civil Action No. 05cv2317 (RJL) |

**PROPOSED ORDER**

Upon consideration of the consent motion of Kevin M. Henry, pursuant to Civil Rule 83.2 of the Local Rules of the United States District Court of the District of Columbia, for an order admitting David T. Pritikin *pro hac vice* for all purposes as counsel for the defendants, Council of the Section of Legal Education and Admissions to the Bar of the American Bar Association, and the American Bar Association

**IT IS HEREBY ORDERED** that the consent motion is granted. David T. Pritikin is admitted to practice before this Court *pro hac vice*.

Dated: _____, 2005

_____
Judge Richard J. Leon, United States District Court
for the District of Columbia

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of December, 2005, I caused the foregoing Consent Motion for Admission *Pro Hac Vice*, Declaration of David T. Pritikin, and proposed Order to be served on plaintiff's counsel by the Electronic Court Filing system.

/s/ Kevin M. Henry
Kevin M. Henry, D.C. Bar. No. 472167
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000
(202) 736-8711 (fax)