IN THE UNITED STATES DISTRICT COURT, DISTRICT OF COLUMBIA

Thomas M. Cooley Law School,

vs.

Council of the Section of Legal Education, et al.,

Case Number   1:05CV02317

## AFFIDAVIT OF SERVICE

I, Corey Fertel, being first duly sworn on oath deposes and states that I am over the age of 21 years and not a party to this action, and on the 13 day of December, 2005, at 10:50 AM at 321 N. Clark St., Chicago, IL, did serve the following document(s):

Summons, Complaint, Motion for Preliminary Injunction, Memorandum in Support of Plaintiff's Motion for Preliminary Injunction, Declaration in Support of Motion for Preliminary Injunction, Order

Upon:   Council of the Section of Legal Education and Admissions to the Bar of the American Bar Association

By:   ✔ Personally handing copies to:   Elizabeth Anderson (staff assistant)

   leaving copies at the usual place of abode with:

   a member of the household 13 years or upwards and informed that person of the contents thereof

   by mailing copies of said document(s) in a sealed envelope with postage prepaid to the defendant:

   at the above address on

| Description: | Sex | Female | Race | Black | Approximate Age | 40 |
|---|---|---|---|---|---|---|
| | Height | 5'7" | Weight | 165 | Hair Color | Black |

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct.

Further the Affiant Sayeth Naught:

Corey Fertel
United Processing, Inc.
55 West Wacker Drive
9th Floor
Chicago, IL 60601
312.629.0140
IL License #117-001101

(September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Thomas M. Cooley Law School

**SUMMONS IN A CIVIL CASE**

V.

Council of the Section of Legal Education and
Admissions to the Bar of the American Bar Association,
and
The American Bar Association

CASE NUMBER  1:05CV02317

JUDGE: Richard J. Leon

DECK TYPE: General Civil

DATE STAMP: 12/02/2005

TO: (Name and address of Defendant)

Council of the Section of Legal Education and Admissions
to the Bar of the American Bar Association
321 North Clark Street, 21st Floor
Chicago, Illinois  60610-4714

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alex Blanton
Blank Rome LLP
600 New Hampshire Avenue, N.W.
Washington, D.C.  20037

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          DEC 0 2 2005
CLERK                                DATE

(By) DEPUTY CLERK