# Exhibit 5

**ABA** Defending Liberty Pursuing Justice

AMERICAN BAR ASSOCIATION    Section of Legal Education and Admissions to the Bar

Office of the Consultant on
Legal Education to the
American Bar Association
321 N. Clark Street
Chicago, Illinois 60610-4714
(312) 988-6738
FAX: (312) 988-5681
E-mail: legaled@abanet.org
http://www.abanet.org/legaled

CHAIRPERSON
Elizabeth B. Lacy
Richmond, VA

CHAIRPERSON-ELECT
Steven R. Smith
San Diego, CA

VICE-CHAIRPERSON
William R. Rakes
Roanoke, VA

SECRETARY
Solomon Oliver, Jr.
Cleveland, OH

PAST CHAIRPERSON
Pauline A. Schneider
Washington, DC

SECTION DELEGATES TO
HOUSE OF DELEGATES
Sidney S. Eagles
Raleigh, NC

Jose R. Garcia-Pedrosa
Miami, FL

BOARD OF GOVERNORS
LIASON
Pauline A. Schneider
Washington, DC

YOUNG LAWYERS DIVISION
LIASON
Eric C. Besch
Fayetteville, NC

COUNCIL MEMBERS
Judith C. Areen
Washington, DC

Hulett H. Askew
Atlanta, GA

Deborah K.V. Baker
Stanford, CA
(Law Student Division Member)

Becky Cain
Charleston, WV
(Public Member)

Diane Camper
Baltimore, MD
(Public Member)

Christine M. Durham
Salt Lake City, UT

Dan J. Freehling
Boston, MA

Phoebe Haddon
Philadelphia, PA

Jerome C. Hafter
Jackson, MS

Randy A. Hertz
New York, NY

Mary Kay Kane
San Francisco, CA

John L. Lahey
Hamden, CT
(Public Member)

Ruth V. McGregor
Phoenix, AZ

Lizabeth A. Moody
St. Petersburg, FL

Michael A. Olivas
Houston, TX

Peter A. Winograd
Albuquerque, NM

CONSULTANT ON
LEGAL EDUCATION
John A. Sebert
(312) 988-6746
sebertj@staff.abanet.org

DEPUTY CONSULTANT
Stephen T. Yandle
(312) 988-6743
yandles@staff.abanet.org

ASSOCIATE CONSULTANT
Camille dejorna
(312) 988-6742
dejornac@staff.abanet.org

DIRECTOR OF OPERATIONS
Carl A Brambrink
(312) 988-6741
cbrambrink@staff.abanet.org

August 17, 2004

President and Dean Don LeDuc
Thomas M. Cooley Law School
300 South Capitol Avenue
Lansing, MI 48901

Dear President and Dean LeDuc:

I am writing you regarding the action of the Council of the Section of Legal Education and Admissions to the Bar of the American Bar Association ("the Council") at its meeting on August 5-6, 2004, with respect to the applications of the Thomas M. Cooley Law School ("Cooley" or "the School") for acquiescence in the establishment of satellite campuses at Oakland University in Oakland County, Michigan, and at Western Michigan University in Grand Rapids, Michigan.

The Council had before it the Findings, Conclusions, and Recommendations of its Accreditation Committee ("the Committee"), adopted at its meeting on June 24-26, 2004, as transmitted to you in two letters dated July 14, 2004; the transcript of the appearance by representatives of Cooley before the Committee on June 25, 2004, with respect to this matter; all documents considered by the Committee at that meeting; two letters from you, dated July 22, 2004, with attachments; two memoranda from you, dated August 6, 2003 (sic, 2004); and an undated document received from you entitled "Bar Exam Results." In addition, the Council had the benefit of the appearance before it, on August 5, 2004, by you, Associate Dean James Robb, Associate Dean John Nussbaumer, Associate Dean Lynn Branham, and Associate Dean Duane Strojny. Dean Emerita and Distinguished Professor Lizabeth A. Moody, while present for the hearing before the Council, recused herself from the Council's vote on this matter.

Following a full day of hearing and discussion, and after extensive consideration of the matter on the merits, the Council declined to act on the pending applications at this time in light of the following facts.

(1)    In a separate action, the Council imposed sanctions on Cooley pursuant to Rule 14. One of the sanctions imposed is that Cooley is deemed ineligible to operate any satellite or branch campus prior to July 31, 2006.

(2)    The information before the Council concerning the School's bar passage results raises serious concern as to whether

40680.1

Page 2
President and Dean LeDuc
August 17, 2004

Cooley has satisfied its burden under Rule 18(p) of demonstrating (1) that the changes will not detract from the law school's ability to maintain a sound educational program leading to the J.D. degree; and (2) that the law school will be operated in compliance with the Standards.

(3) Cooley is scheduled for its next sabbatical site evaluation in the fall of 2005, and it is anticipated that the site evaluation report will be before the Accreditation Committee in the spring of 2006.

(4) The present applications for acquiescence do not provide the Council with sufficient information upon which the Council can rely in making a decision that will not become applicable until 2006. Therefore, Cooley may file in the summer or fall of 2005 a new application for acquiescence in the establishment of one or more satellite or branch campuses, to be operated after July 31, 2006. The sabbatical site evaluation report will then provide the Committee and the Council current information as to whether, at that time, Cooley is in full compliance with the Standards and Rules. The fact-finding reports prepared in connection with new applications for acquiescence, in combination with the sabbatical site evaluation report, will then provide the basis for determining whether, at that time, Cooley satisfies the criteria for acquiescence in the establishment of satellite or branch campuses that are set forth in the applicable Standards and Rules.

Please feel free to call me, Deputy Consultant Stephen T. Yandle, or Executive Assistant Cathy A. Schrage if you have any questions.

Sincerely yours,

John A. Sebert
Consultant on Legal Education
to the American Bar Association

JAS/cs