# Exhibit 7

Reset Form

# United States District Court for the Western District of Michigan

Thomas M. Cooley Law School,
_____

a Michigan non-profit corporation,
_____

_____

**Plaintiff,**

**vs.**                                    CASE NO. __1:04-cv-221__

The American Bar Association,
_____

an Illinois non-profit corporation, John Sebert,
_____

individually and in his official capacity,
_____

**Defendant.**

# NOTICE OF APPEAL

Notice is hereby given that __Thomas M. Cooley Law School__, hereby appeal
(here name all parties taking the appeal)

to the United States Court of Appeals for the  Sixth Circuit from __Judgment Order__
(the final judgment) (from an

in its entirety
_____ entered in this action on the __9th__ day of
order (describing it))

June _____, __2005__.

(s) _____
Michael W. Hartmann
Address:

150 W. Jefferson, Suite 2500
_____

Detroit, MI 48226
_____

Attorney for __Thomas M. Cooley Law School__

cc: Opposing Counsel _____
    Court of Appeals _____

6CA-3
1/99