# Exhibit 9

Memorandum

To: Dean Thomas Guernsey
     Dean Don LeDuc
From: Stephen Yandle – Deputy Consultant
Date: September 22, 2005

The sabbatical site team typically includes a practicing lawyer or judge. In fact the consent decree under which we operate requires our best efforts to include such a member on each team. In spite of diligent efforts we have not been able add a practicing lawyer or judge to the Thomas Cooley team.

Since the date of the visit is nearing, I think that it is best to proceed with the group assembled. As you will see it is a group of individuals experienced in legal education and in the site review process. I am confident that you will be quite pleased with the team. I will over the next few days continue to recruit an additional team member as it would be good to have a full team, and I will notify you immediately if I am successful, but, if I do not have success relatively quickly, then I think it best to go with the group now in place.