# Exhibit 10

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS M. COOLEY LAW SCHOOL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COUNCIL OF THE SECTION OF THE ) <br> LEGAL EDUCATION AND ADMISSIONS ) <br> TO THE BAR OF THE AMERICAN BAR ) <br> ASSOCIATION, ) <br> ) <br> and ) <br> ) <br> THE AMERICAN BAR ASSOCIATION, ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:05CV02317 <br><br> Hon. Richard J. Leon |

**DECLARATION OF THOMAS F. GUERNSEY IN SUPPORT OF DEFENDANT AMERICAN BAR ASSOCIATION'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

I, Thomas F. Guernsey, hereby state and declare as follows:

1. I am President and Dean of Albany Law School in Albany, New York. I have held that position since 2002. Prior to assuming that position, I served as Dean and Professor of Law at Southern Illinois University School of Law from 1996-2002. Prior to that, I was an administrator and professor at various law schools and a practicing attorney following my graduation from law school in 1976.

2. The facts set forth in this Declaration are based on my personal knowledge. If called on to testify as a witness, I can testify competently to the matters and facts set forth in this Declaration. This Declaration is submitted in support of the American Bar Association's ("ABA") Opposition to Plaintiff Thomas M. Cooley Law School's ("Cooley") Motion for Preliminary Injunction in the above-captioned case.

3. I was appointed by the ABA to be part of two separate teams conducting site visits at Cooley and drafting reports for the ABA. I was appointed as (a) the chair of the team conducting Cooley's regularly scheduled sabbatical site visit (Sabbatical Team), and (b) a member of the team conducting fact-finding site visits for Cooley's applications for prior acquiescence (Fact-Finding Team).

4. The Fact-Finding Team was provided written material in advance of its site visit. This material included the applications for prior acquiescence that Cooley filed in June 2005.

5. I understood that the Fact-Finding Team's report on its site visit would be used by the Council and Accreditation Committee of the Section of Legal Education and Admissions to the Bar to evaluate Cooley's applications for prior acquiescence in the opening of either satellite or branch campuses at Oakland and Grand Rapids.

1

6. The ABA never instructed me, or to my knowledge any member of the Fact-Finding Team, to refrain from inspecting or reporting on Cooley's applications for prior acquiescence in the opening of branch campuses at Oakland and Grand Rapids.

7. I never advised Cooley that the Fact-Finding Team was instructed by the ABA to refrain from inspecting or reporting on Cooley's applications for prior acquiescence in the opening of branch campuses at Oakland and Grand Rapids, nor to my knowledge did any member of the Fact-Finding Team advise Cooley as such.

8. The Sabbatical Team visited Cooley from October 16-19, 2005. The Fact-Finding Team visited Cooley's Grand Rapids and Oakland campuses from October 20-21, 2005.

9. The Fact-Finding Team is currently drafting a report based on its visit to Cooley. That report is not finished. I do not expect it to be completed before January 2006.

10. The Sabbatical Team is also drafting a report based on its visit to Cooley. That report is not finished. I do not expect it to be completed before January 2006.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on December 16, 2005.

THOMAS F. GUERNSEY

CH1 3402210v.1

2