**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| THOMAS M. COOLEY LAW SCHOOL | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| COUNCIL OF THE SECTION OF LEGAL | ) | Civil Action No. 05cv2317 (RJL) |
| EDUCATION AND ADMISSIONS TO | ) | |
| THE BAR OF THE AMERICAN BAR | ) | |
| ASSOCIATION, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| THE AMERICAN BAR ASSOCIATION, | ) | |
| | ) | |
| Defendants. | ) | |

---

**DEFENDANTS' CONSENT MOTION FOR PARTICIPATION**
**IN INITIAL CONFERENCE BY TELEPHONE**

Defendants, Council of the Section of Legal Education and Admissions to the Bar

of the American Bar Association, and the American Bar Association, by counsel, respectfully

move this Court for an order permitting David T. Pritikin and Kathleen L. Roach to participate

telephonically in the Initial Conference scheduled for December 20, 2005 at 5:00 p.m. in the

above-captioned matter. Pursuant to Local Rule 7(m), plaintiff's counsel has been consulted and

does not oppose the motion.

On December 18, 2005, the Court issued an order setting this matter for an Initial

Conference on December 20, 2005 at 5:00 p.m. On December 19, 2005, counsel for defendants

filed consent motions for admission *pro hac vice* for David T. Pritikin and Kathleen L. Roach,

both of whom are located in Chicago, Illinois. The *pro hac vice* motions for Mr. Pritikin and Ms. Roach are currently pending.

Because plaintiff's pending motion for a preliminary injunction required that an Initial Conference be scheduled within a short period of time, Mr. Pritikin and Ms. Roach will be unable to travel from Chicago to Washington, D.C. to participate in person in the Initial Conference. However, Mr. Pritikin and Ms. Roach are the primary counsel responsible for representing the defendants in this matter, and thus respectfully request that the Court permit them to participate in the Initial Conference telephonically. Defendant's counsel of record, Kevin M. Henry, will attend the December 20, 2005, Initial Conference in person.

**WHEREFORE**, for the foregoing reasons, the Court is respectfully requested to enter an order permitting David T. Pritikin and Kathleen L. Roach to participate telephonically in the December 20, 2005 initial conference.

Respectfully submitted,

/s/ Kevin M. Henry
Kevin M. Henry, D.C. Bar No. 472167
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000
(202) 736-8711 (fax)

Of Counsel:
David T. Pritikin
Kathleen L. Roach
SIDLEY AUSTIN BROWN & WOOD LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000
Attorneys for Defendants

DATED:   DECEMBER 19, 2005

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

THOMAS M. COOLEY LAW SCHOOL )
)
       Plaintiff, )
)
       v. )
)
COUNCIL OF THE SECTION OF LEGAL )    Civil Action No. 05cv2317 (RJL)
EDUCATION AND ADMISSIONS TO )
THE BAR OF THE AMERICAN BAR )
ASSOCIATION, )
)
       and )
)
THE AMERICAN BAR ASSOCIATION, )
)
       Defendants. )
)

## PROPOSED ORDER

Upon consideration of the Defendants' Consent Motion for Participation In Initial

Conference By Telephone, it is hereby

**ORDERED** that the consent motion is granted.

Dated: _____, 2005

               _____

               Judge Richard J. Leon, United States District Court
               for the District of Columbia

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of December, 2005, I caused the foregoing Defendants' Consent Motion for Participation in Initial Conference By Telephone, and proposed Order to be served on plaintiff's counsel by the Electronic Court Filing system.

/s/ Kevin M. Henry

Kevin M. Henry, D.C. Bar. No. 472167
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street, N.W.
Washington, D.C.  20005
(202) 736-8000
(202) 736-8711 (fax)