AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Thomas M. Cooley Law School )
)
        Plaintiff(s) )   **APPEARANCE**
)
)
        vs. )   CASE NUMBER   05cv2317 (RJL)
Council of the Section of Legal Education and Admission to )
the Bar of the American Bar Association and the American )
Bar Association )
        Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Eamon P. Joyce   as counsel in this
                                 (Attorney's Name)

case for:   Council of the Section of Legal Education and Admission to the Bar of the American Bar Association and the American Bar Association
                      (Name of party or parties)

12/19/05
Date

*[Signature]*
Signature

483127
BAR IDENTIFICATION

Eamon P. Joyce
Print Name

Sidley Austin Brown & Wood LLP, 1501 K Street
Address

Washington, DC   20005
City   State   Zip Code

202-736-8114
Phone Number