UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS M. COOLEY LAW SCHOOL,              )<br>                                           )<br>     *Plaintiff*,                          )<br>                                           )<br>     *v.*                                  )<br>                                           )<br>COUNCIL OF THE SECTION OF LEGAL            )<br>EDUCATION AND ADMISSIONS TO THE BAR        )<br>OF THE AMERICAN BAR ASSOCIATION,           )<br>                                           )<br>     and                                   )<br>                                           )<br>THE AMERICAN BAR ASSOCIATION,              )<br>                                           )<br>     *Defendants.*                         )<br>                                           ) | Civil Action No. 05cv2317 (RJL) |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED MOTION FOR A PRELIMINARY INJUNCTION OR, IN THE ALTERNATIVE, FOR LEAVE TO FILE SUPPLEMENTAL DECLARATIONS AND FOR AN ORDER POSTPONING THE HEARING ON THE MOTION FOR A PRELIMINARY INJUNCTION AND PERMITTING THE PARTIES TO PRESENT LIVE TESTIMONY AT THE RESCHEDULED HEARING**

For the reason explained below, plaintiff Thomas M. Cooley Law School moves for leave to file an Amended Motion for a Preliminary Injunction with new briefing and hearing date.

Defendants' opposition to the current motion focuses almost entirely on the portion of the requested injunction by which the Court would order the Council to be prepared to address Cooley's Branch Campus applications at its February 2006 meeting. Lost in the shuffle was that portion of the requested injunction that would order the Council to "process Cooley's applications by taking whatever action it deemed necessary, consistent with Cooley's status as a fully approved law school that is in compliance with all current

ABA Standards and Interpretations, for the Council to be in a position to make a reasoned, fully informed decision on the merits of Cooley's applications."

Intervening events, including facts set out in defendants' opposition to the motion and the Court's comments at the Initial Conference on December 20, 2005, have convinced Cooley that the Council has already delayed its processing of Cooley's applications to the point that it would be impractical to ask the Court to direct that those applications be considered at the Council's February 2006 meeting. It is not too late, however, for the Court to address Cooley's primary concern: that action on its applications will be further unduly delayed because the Accreditation Committee and the Council will not be ready, willing and able to make reasoned, fully informed decisions on the merits of those applications, even if they are considered at the April and June 2006 meetings.

As the attached Supplemental Declaration of John Nussbaumer makes clear, the Council's understanding that Cooley's applications for branch (three-year) campuses are on track for consideration by the Council in June 2006 is inconsistent with the site inspection team's assertions, confirmed by ABA Deputy Consultant Stephen Yandle, that they were to limit their inspection and report to whether Cooley has satisfied the requirements for satellite (two-year) campuses. Consequently, Cooley intends to redirect its focus toward obtaining preliminary relief to avoid further delay. Cooley believes that a full and complete presentation of these issues to this Court can best be accomplished by filing an amended motion and giving both sides an opportunity to refocus their arguments and declarations on this portion of the injunction that Cooley has requested.

In the alternative, Cooley moves for leave to file the accompanying Supplemental Declaration of John Nussbaumer and for an order postponing the hearing on the pending Motion for a Preliminary Injunction and permitting the parties to present live testimony at the rescheduled hearing.

In their opposition to the motion for a preliminary injunction, defendants purport to refute Cooley's allegations with declarations from John Sebert, who is the ABA's Consultant on Legal Education, and Thomas F. Guernsey, who was the Chair of the inspection team that conducted Cooley's regular sabbatical site visit in October 2005 and a member of the inspection team that visited Cooley's Oakland and Grand Rapids campuses. As the attached Supplemental Declaration of John Nussbaumer makes clear, Cooley's allegations are based, in large part, on Dean Nussbaumer's conversations with Stephen Yandle, the Deputy ABA Consultant, Malcolm Morris, the Chair of the Oakland-Grand Rapids Team, and Sally Wiant, another member of that team. The extant Sebert and Guernsey declarations do not, and those declarants cannot properly, refute Cooley's allegations that are based on Dean Nussbaumer's conversations with Messrs. Yandle and Morris and Ms. Wiant.

Plaintiff therefore seeks to supplement its motion with the attached declaration and give defendants another opportunity to meet those allegations with competent declarations.

Regardless of the source and number of the parties' declarations, it appears inevitable that the Court will be faced with conflicting allegations on material issues of fact. The best, if not the only, means of fairly resolving those conflicts is to require the parties to present their witnesses in person so that the Court can assess their veracity.

Accordingly, Cooley requests the Court for leave to present live testimony at the hearing on its Motion for a Preliminary Injunction.

As a practical matter, the requested supplementation of declarations and personal appearance of witnesses cannot be accomplished in time to hold the hearing as scheduled on December 28, 2005. Accordingly, Cooley requests the Court to postpone that hearing, to a date in January 2006 to be set after the Court has ruled on this motion and the parties have had an opportunity to consult with their prospective witnesses.[1]

Respectfully submitted,

/s/ ALEX BLANTON
Alex Blanton, D.C. Bar No. 169623
Michael L. Cioffi
BLANK ROME, LLP
 600 New Hampshire Ave., NW
Washington, D.C. 20037
202-772-5909
Fax: 202-572-8357
Email: Blanton@BlankRome.com

*Counsel for plaintiff Thomas M. Cooley Law School*

---

[1] In accordance with local Rule 7(m), plaintiff's counsel has determined, after consulting with defendants' counsel, that defendants are opposed to the relief sought in this motion, with the possible exception of postponing the scheduled December 28 hearing.