UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS M. COOLEY LAW SCHOOL,<br><br>*Plaintiff,*<br><br>v.<br><br>COUNCIL OF THE SECTION OF LEGAL EDUCATION AND ADMISSIONS TO THE BAR OF THE AMERICAN BAR ASSOCIATION,<br><br>and<br><br>THE AMERICAN BAR ASSOCIATION,<br><br>*Defendants.* | Civil Action No. 05cv2317 (RJL) |

**Supplemental Declaration of John Nussbaumer**

1. I am the Associate Dean of Cooley's Oakland University campus and was chiefly responsible for drafting Cooley's June 2005 branch campus applications, communicating with the ABA Consultant's Office regarding those applications, and communicating with the inspection team appointed to visit Cooley's Oakland and Grand Rapids campuses in October 2005. The facts set forth in this declaration are based on my personal knowledge. If called to testify as a witness, I can testify competently on these facts.

2. In April and May of 2005, I wrote ABA Consultant John Sebert three separate letters asking different questions about the branch campus applications that Cooley was planning to file. Mr. Sebert only responded to one of those letters, despite follow-up requests that he respond to the others.

3. On October 11, 2005, approximately one week before the scheduled arrival of the Oakland-Grand Rapids inspection team, I received an e-mail from the Chair of the team, Malcolm Morris. In that e-mail (attached as exhibit 1), he stated as follows:

> Your handling the Oakland logistics is appreciated. As previously indicated, I just received the sabbatical visit materials from the school. The ABA sent me materials specific to the fact-finding visit. Did the school develop any separate materials dealing exclusively with the multiple campus situation and the issues it raises? If so, I did not receive them.

4. Later on October 11, 2005, I received an e-mail from team member Sally Wiant. In that e-mail (attached as exhibit 2), she stated as follows:

> I have just received the self study and haven't had a chance to review it. If there are materials in the site package that relate specifically to the branches I probably could use those. Would it be too much trouble to have a set of the materials at the Flint [*sic*] branch?"

5. Later on October 11, 2005, I spoke to Malcolm Morris on the telephone. He evidenced no understanding whatsoever of any of the material included in our branch campus applications, and halfway through the conversation asked me, "Is there a branch campus application?"

6. In this same telephone conversation, Morris indicated that he had no idea that we had been through two previous inspections, both of which were referenced in our branch campus applications, and had no idea that the Accreditation Committee had previously made favorable factual findings regarding all aspects of the Oakland and Grand Rapids campuses, even though those findings were quoted verbatim and at length in our branch campus applications. He characterized his sense of the team's task as "almost a blank page" in terms of what the team was supposed to be looking at and reporting on. He asked me if I was "sort of like the dean in charge of the Oakland campus" and who else besides me was physically located at the campus, despite the fact

2

that our branch campus application included detailed explanations of the administrators, faculty, librarians, and staff located at the campus. The only material he said he had read were the previous action letters and the only thing he indicated that he was aware of was the "contentiousness" between Cooley, the Accreditation Committee, and the Council.

7. Unlike the previous inspection teams that had visited the Oakland campus, Morris said in this same conversation that he saw no need to even meet with our faculty and students because this was a "special fact-finding visit." He also said that he had no agenda to provide us with in terms of what the team wanted to do during their visit.

8. Later on October 11, 2005, I e-mailed Adobe pdf copies of the Oakland and Grand Rapids branch campus applications to Malcolm Morris. The next day, October 12, 2005, Morris responded by email (attached as Exhibit 3) as follows:

> Thanks for sending these. I am printing them out. Please forward a copy to Sally [Wiant] and Tom [Guernsey].

9. Later on October 12, 2005, I e-mailed Adobe pdf copies of the Oakland and Grand Rapids branch applications to Sally Wiant and Tom Guernsey.

10. At no time did Morris, Wiant and Guernsey, or any of them, ever indicate to me that they had already received Cooley's branch applications from the Consultant.

11. On October 17, 2005, two days before the scheduled arrival of the Oakland-Grand Rapids team, I spoke with Malcolm Morris on the telephone. He told me that he had spoken with ABA Deputy Consultant Stephen Yandle and that he had now read our branch campus applications. When I asked him whether the purpose of the visit was to provide the Accreditation Committee and the Council with the facts they would need to act on our applications for acquiescence, he said that this sounded like a reasonable

3

assumption to him, but that he could not speak for the Committee and the Council. Later in the conversation, he said that "this is exclusively an institutional-based visit to find out how OU and GR affect the Lansing campus."

12. Later on October 17, 2005, at my request, Morris contacted Deputy Consultant Yandle to ask him whether the purpose of the team's visit was to enable the Committee and the Council to act on our branch campus applications. When Morris called me back to share what he had learned, he said that Yandle told him that the team's report "is not being written in response to any request for acquiescence, but the facts found could be used for that purpose."

13. On the morning of October 19, 2005, after the Oakland-Grand Rapids team had already arrived at the Oakland campus and started its visit, I spoke with Deputy Consultant Stephen Yandle on the telephone. I told him that, according to Malcolm Morris, the team was not coming to write a report in response to our applications for acquiescence. He said that acquiescence involves satellite issues, and that the team would report on what's going on at OU and GR, "but not to act on the branch." He said that the team would do what is needed to acquiesce in a satellite "and then we'll see about branch." He said that the Accreditation Committee would consider our applications, and if they say yes then allow a satellite. He then said that branch is on the table, as far as acquiescence is concerned with provisional approval as a second step. He then said that the team's job was, first, to report on whether OU and GR have any adverse impact on the Lansing campus and, second, to report on the elements for satellite campuses in the standards. I then asked him point-blank whether we could get acquiescence for a branch out of this round, and he said, "No, you can only get acquiescence to apply for a branch through the provisional approval process."

14. At lunch on October 19, 2005, I spoke with team member Sally Wiant. She told me that "my understanding is that I'm only here to look at a satellite." She indicated that these instructions had come from Malcolm Morris.

15. Later on October 19, 2005, I spoke again with Deputy Consultant Yandle on the telephone. When I shared with him what Sally Wiant had told me at lunch, he said, "Sally's statement is not inaccurate, they can't make the branch determination."

16. On October 20, 2005, Oakland University President Gary Russi hosted a breakfast for the Oakland-Grand Rapids team that was attended by Malcolm Morris, Sally Wiant, and Thomas Guernsey, along with various Cooley and OU representatives. During that breakfast, in a group discussion heard by me and others in attendance, Morris told President Russi that the team would "only be reporting on a satellite, not a branch." Neither Wiant nor Guernsey disagreed with this statement by the Chair of the team as to the team's purpose.

17. At no time during this time did I have any conversations with ABA Consultant Sebert regarding Cooley's branch campus applications. All conversations were either with Deputy Consultant Yandle or with the members of the Oakland-Grand Rapids inspection team.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed at Lansing, Michigan on December 21, 2005.

/s/ JOHN NUSSBAUMER
John Nussbaumer

# EXHIBIT 1

| | |
|---|---|
| From: | John Nussbaumer [nussbauj@cooley.edu] |
| Sent: | Tuesday, October 11, 2005 9:32 PM |
| To: | L10MLM1@wpo.cso.niu.edu |
| Subject: | Re: OU and GR Branch Site Visits |
| Attachments: | 050620 Oakland Branch Application.pdf; 050620 WMU Grand Rapids Branch Application.pdf |

 

050620 Oakland Branch Applicat...   050620 WMU Grand Rapids Branch...

Malcolm,

Attached are Adobe pdf versions of the Oakland and Grand Rapids branch campus applications. I have not sent these to Tom Guernsey or Sally Wiant since you indicated that it would be best to work through you.

In light of our conversation this afternoon, I think it would be very helpful if we could talk on Wednesday. I'd like to share our perspective about the purpose of this inspection with reference to our applications, the relevant rules, and the applicable standards. We have put a great deal of time and effort into the applications and preparing for your visit, and we would like to make it as productive as possible for you and the team.

I am available any time except 2-3pm and would be happy to give you a call.

Regards,

John

>>> "Malcolm Morris" <L10MLM1@wpo.cso.niu.edu> 10/11/05 10:17 AM >>>


John:

Your handling the Oakland logistics is appreciated. As previously indicated, I just received the sabbatical visit materials from the school. The ABA sent me materials specific to the fact-finding visit. Did the school develop any separate materials dealing exclusively with the multiple campus situation and the issues it raises? If so, I did not receive them. If not, is the matter addressed in detail in the sabbatical self-study? (Note, if the latter is the case Professor Wiant definitely will need a copy of the self-study.)

Many thanks.

Malcolm

1

# EXHIBIT 2

**From:** John Nussbaumer [nussbauj@cooley.edu]
**Sent:** Tuesday, October 11, 2005 10:29 PM
**To:** WiantS@wlu.edu
**Subject:** Re: Cooley Site Inspection

Sally,

I talked to Malcolm this afternoon, and he suggested that I work through him as far as the materials for the branches are concerned. We filed complete branch campus applications with the Consultant's Office for our Rochester/Oakland University (not Flint) branch and our Grand Rapids/Western Michigan University branch back in June, and they should be in your materials. If not, I e-mailed Malcolm pdf copies of both applications this evening and he has them. He also said that he wants to talk to you about what you might do on Wednesday before we firm anything up.

We have one class Wednesday morning (Property I) that you could visit, and our head librarian, Helen Levenson, will also be available all day Wednesday to meet with you and show you our library.

I understand that Cherie Beck has sent you your flight confirmation. We will pick you up at the airport and drive you to your hotel (Homestead Suites, 3315 University Dr, Auburn Hills, MI 48326, 248 340-8888).

Please let me know if there is anything else you need or any other way I can be of assistance.

Regards,

John

>>> "Sally Wiant" <WiantS@wlu.edu> 10/11/05 11:14 AM >>>
John,

I have just received the self study and haven't had a chance to review it. If there are materials in the site package that relate specifically to the branches I probably could use those. Would it be too much trouble to have a set of the materials at the Flint branch? As I am coming in on Tuesday night I could work with those documents on Wednesday. Also, I could visit a couple of classes on Wednesday before Malcolm arrives. A class schedule would be helpful.

I would much appreciate it if you or Cherie would send me hotel arrangements, phone numbers and a final plane confirmation. Will someone meet me at the airport on Tuesday night. If not, what kind of transportation shall I take?

Thanks much.

Sally (my given name is Sarah but everyone calls me Sally--please feel free to do so)

1

# EXHIBIT 3

| | |
|---|---|
| From: | John Nussbaumer [nussbauj@cooley.edu] |
| Sent: | Wednesday, October 12, 2005 12:16 PM |
| To: | L10MLM1@wpo.cso.niu.edu |
| Subject: | Re: OU and GR Branch Site Visits |
| Attachments: | Outline of Applicable Interpretations and Rules for Branch Campuses.doc; Outline of Branch Campus Proposal Summaries.doc |




Outline of           Outline of Branch
Applicable Interpre..  Campus Propo...

Will do, Malcolm. Attached are two one-page outlines that I've drafted as roadmaps that may prove helpful.

One outlines the applicable interpretations and rules, with footnotes that will take you directly to the corresponding sections of the Accreditation Committee's July 14, 2004 action letters.

The other outlines our branch campus proposal summaries, which are the second document in each of the applications I sent you last night. This would be where I would start if I was trying to get a good overview quickly.

In a separate e-mail, I will forward the three previous site inspection reports (two for the Oakland campus and one for the Grand Rapids campus) that your predecessor teams drafted so you can get a feel for how they approached the task.

I'm at your service for any other help I can provide. We appreciate that you volunteered for this and are working pro bono, so please don't hesitate to ask for whatever you need.

Regards,

John

>>> "Malcolm Morris" <L10MLM1@wpo.cso.niu.edu> 10/12/05 9:29 AM >>>

John:

Thanks for sending these. I am printing them out. Please forward a copy to Sally and Tom.

Malcolm