UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS M. COOLEY LAW SCHOOL, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>COUNCIL OF THE SECTION OF LEGAL )<br>EDUCATION AND ADMISSIONS TO THE BAR )<br>OF THE AMERICAN BAR ASSOCIATION, )<br>)<br>and )<br>)<br>THE AMERICAN BAR ASSOCIATION, )<br>)<br>*Defendants*. )<br>) | Civil Action No. 05cv2317 (RJL) |

ORDER

The Court, having considered plaintiff Thomas M. Cooley Law School's Motion for Leave to File a Supplemental Declaration and for an Order Postponing the Hearing on the Pending Motion for a Preliminary Injunction and Permitting the Parties to Present Live Testimony at the Rescheduled Hearing, or, Alternatively, for Leave to File an Amended Motion for a Preliminary Injunction, and the opposition thereto,

ORDERS that plaintiff may file an Amended Motion for Preliminary Injunction and Memorandum in Support thereof on or before January 9, 2006; and further

ORDERS that the hearing on the pending Motion for a Preliminary Injunction, now scheduled for December 20, 2205, is canceled.

Richard J. Leon
United States District Judge