# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS M. COOLEY LAW SCHOOL, ) <br> ) <br> *Plaintiff,* ) <br> ) <br> v. ) <br> ) <br> COUNCIL OF THE SECTION OF LEGAL ) <br> EDUCATION AND ADMISSIONS TO THE BAR ) <br> OF THE AMERICAN BAR ASSOCIATION, ) <br> ) <br> and ) <br> ) <br> THE AMERICAN BAR ASSOCIATION, ) <br> ) <br> *Defendants.* ) <br> ) | Civil Action No. 05cv2317 (RJL) |

## ORDER

The Court, having considered plaintiff Thomas M. Cooley Law School's Motion for Leave to File a Supplemental Declaration and for an Order Postponing the Hearing on the Pending Motion for a Preliminary Injunction and Permitting the Parties to Present Live Testimony at the Rescheduled Hearing, or, Alternatively, for Leave to File an Amended Motion for a Preliminary Injunction, and the opposition thereto,

ORDERS that the hearing on plaintiff's pending Motion for a Preliminary Injunction, now scheduled for December 20, 2005, is postponed until a date to be set by future order of the Court; and further

ORDERS that plaintiff and defendants may file supplementary declarations in support of its Motion for a Preliminary Injunction; and further

ORDERS that the parties may present live testimony at the rescheduled hearing on plaintiff's Motion for a Preliminary Injunction.

Richard J. Leon
United States District Judge