**CERTIFICATE OF SERVICE**

I certify that on this 22d day of December, 2005, I caused the foregoing Plaintiff's Motion for Leave to File an Amended Motion for a Preliminary Injunction or, in the Alternative, for Leave to File Supplemental Declarations and for an Order Postponing the Hearing on the Motion for a Preliminary Injunction and Permitting the Parties to Present Live Testimony at the Rescheduled Hearing and Proposed Orders to be served on defendants' counsel by the Electronic Court Filing system.

/s/ ALEX BLANTON
Alex Blanton, D.C. Bar No. 169623
BLANK ROME, LLP
600 New Hampshire Ave., NW
Washington, D.C. 20037
202-772-5909
Fax: 202-572-8357
Email: Blanton@BlankRome.com

*Counsel for plaintiff Thomas M. Cooley Law School*