UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

_____
                                    )
THOMAS M. COOLEY LAW SCHOOL,        )
                                    )
    *Plaintiff*,                        )
                                    )
    *v.*                                )   Civil Action No. 05cv2317 (RJL)
                                    )
COUNCIL OF THE SECTION OF LEGAL     )
EDUCATION AND ADMISSIONS TO THE BAR )
OF THE AMERICAN BAR ASSOCIATION,    )
                                    )
    and                             )
                                    )
THE AMERICAN BAR ASSOCIATION,       )
                                    )
    *Defendants*.                       )
_____ )

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF THE COMPLAINT AND WITHDRAWAL OF MOTION FOR A PRELIMINARY INJUNCTION**

Plaintiff Thomas M. Cooley Law School voluntarily and unconditionally dismisses its complaint under Rule 41(a)(1) of the Federal Rules of Civil Procedure. As a necessary corollary of that dismissal, Cooley withdraws its pending Motion for a Preliminary Injunction.

Without affecting the unconditional nature of its dismissal, Cooley notes that defendant Council of the Section of Legal Education and Admissions to the Bar of the American Bar Association has, through its Memorandum in Opposition to Cooley's Motion for a Preliminary Injunction and its attorney's representations at the hearing on that motion, endorsed and adopted the understandings and assertions made in the declarations of John A. Sebert (the ABA Consultant on Legal Education) and Thomas F. Guernsey (the chair of the team that conducted Cooley's Sabbatical site visit and a member of the fact-finding team that conducted the site visit for Cooley's branch

campus applications), which the Council relied upon in its Memorandum in Opposition. In general, the Council has confirmed that Cooley's June 22, 2005 branch campus applications are "on track" for consideration by the Accreditation Committee at its April 19-21, 2006 meeting and consideration by the Council at its June 8-11, 2006 meeting. Specifically, the Council's confirmation includes:

- The Fact-Finding and Sabbatical Review teams will complete their Reports and submit them to the Consultant in January 2006;
- The Fact-Finding Report will address Cooley's applications for prior acquiescence in branch campuses in Oakland and Grand Rapids;
- The Consultant will review the Fact-Finding Report to ensure that it is complete and sufficient for use by the Accreditation Committee in assessing the merits of Cooley's branch campus applications;
- After the Consultant and the ABA General Counsel's Office have competed their reviews, the Consultant will send the Fact-Finding and Sabbatical Review Reports to Cooley for comment. This will occur at least 45 days prior to the Accreditation Committee's April 19-21, 2006 meeting;
- The Accreditation Committee will consider Cooley's branch campus applications at its April 2006 meeting;
- The Accreditation Committee will issue its recommendation on Cooley's branch campus applications after its April 2006 meeting; and
- The Council will consider the Accreditation Committee's recommendation and Cooley's applications at its June 2006 meeting.

The Council's failure to abide by any of the foregoing commitments may provide a basis for Cooley's renewing its litigation.

/s/ Alex Blanton
Alex Blanton, D.C. Bar No. 169623
Michael L. Cioffi
BLANK ROME, LLP
600 New Hampshire Ave., NW
Washington, D.C. 20037
202-772-5909
Fax: 202-572-8357
Email: Blanton@BlankRome.com

*Counsel for plaintiff Thomas M. Cooley Law School*

2

**CERTIFICATE OF SERVICE**

I certify that on this 30th day of December, 2005, I caused the foregoing Plaintiff's Notice of Voluntary Dismissal of the Complaint and Withdrawal of Motion for a Preliminary Injunction to be served on defendants' counsel by the Electronic Court Filing system.

/s/ ALEX BLANTON
Alex Blanton, D.C. Bar No. 169623
BLANK ROME, LLP
600 New Hampshire Ave., NW
Washington, D.C. 20037
202-772-5909
Fax: 202-572-8357
Email: Blanton@BlankRome.com

*Counsel for plaintiff Thomas M. Cooley Law School*