UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS M. COOLEY LAW SCHOOL )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COUNCIL OF THE SECTION OF LEGAL )<br>EDUCATION AND ADMISSIONS TO )<br>THE BAR OF THE AMERICAN BAR )<br>ASSOCIATION, )<br>)<br>and )<br>)<br>THE AMERICAN BAR ASSOCIATION, )<br>)<br>Defendants. )<br>) | Civil Action No. 05cv2317 (RJL) |

### AMERICAN BAR ASSOCIATION'S RESPONSE TO PLAINTIFF'S
### NOTICE OF VOLUNTARY DISMISSAL

The American Bar Association ("ABA"), defendant in this action, has no objection to Plaintiff's voluntary and unconditional dismissal of its Complaint in the above-captioned matter pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Because Plaintiffs' unconditional Notice of Voluntary Dismissal was filed before the ABA submitted an answer, no further action is required from the Court to effectuate the dismissal. Fed. R. Civ. P. 41(a)(1).

Given that Plaintiff's dismissal pursuant to Rule 41(a)(1) is unconditional, the characterizations of the ABA's prior submissions to the Court included in Plaintiff's Notice of Voluntary Dismissal have no legal effect and require no response; the ABA's prior submissions to this Court speak for themselves.

For these reasons, Plaintiff's action is dismissed without the need for an Order from the Court.

Dated: January 17, 2006                    Respectfully submitted,

                               By: /s/ Kevin M. Henry
                                  Kevin M. Henry (D.C. Bar No. 472167)
                                  SIDLEY AUSTIN LLP
                                  1501 K Street, N.W.
                                  Washington, D.C. 20005
                                  (202) 736-8000
                                  Attorneys for Defendants

Of Counsel:

                David T. Pritikin
                Anne E. Rea
                Kathleen L. Roach
                Michael P. Doss
                SIDLEY AUSTIN LLP
                One South Dearborn Street
                Chicago, Illinois 60603
                (312) 853-7000
                Attorneys for Defendants